# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-2300

_____

Benjamin Joseph Hill

*Plaintiff - Appellant*

v.

Thomas Keith Rudenick, in his individual and official capacities as a Ramsey County Sheriff's Deputy

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: February 12, 2026
Filed: February 18, 2026
[Unpublished]

_____

Before BENTON, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Minnesota resident Benjamin Hill appeals the district court's[1] order enforcing a settlement agreement in his 42 U.S.C. § 1983 action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Upon careful review, this court concludes that the district court did not err in finding that the settlement agreement was enforceable and that Hill did not enter into the agreement under duress. *See W. Thrift & Loan Corp. v. Rucci*, 812 F.3d 722, 724 (8th Cir. 2016) (district court's finding that a settlement agreement is enforceable is reviewed for clear error); *Olmsted v. Saint Paul Public Schs.*, 830 F.3d 824, 827–28 (8th Cir. 2016) (rejecting appellant's claim of "legal duress" because Minnesota law only recognizes duress as a defense to contract enforcement when the "agreement is coerced by physical force or unlawful threats").

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable David T. Schultz, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).